# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| QBE Insurance Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Connie Burckhard, as Personal Representative for the Estate of Todd Burckhard, Decedent; Maria Mack, as Personal Representative for the Estate of Blaine H. Mack, Decedent; BNSF Railway Corporation, a Delaware corporation; CUSA ES, LLC d/b/a/ Coach America Crew Transport; and Timothy P. Rennick; | ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 4:13-cv-125 |
| Defendants. | ) | |

Before the court is the Plaintiff's Motion for attorney Jacob M. Tomczik to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jacob M. Tomczik has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiff's motion (Docket No. 21) is **GRANTED**. Attorney Jacob M. Tomczik is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2014.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr.
                                             United States Magistrate Judge