# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| QBE Insurance Corporation,  )  | |
|  ) | |
| Plaintiff,  ) | **ORDER RE ADMISSION** |
|  ) | **PRO HAC VICE** |
| vs.  ) | |
|  ) | |
| Corrie Burckhard, as Personal  ) | |
| Representative for the Estate of Todd  ) | |
| Burkhard, Decedent; Maria Mack as  ) | |
| Personal Representative for the Estate of  ) | |
| Blaine H. Mack, Decedent; CUSA ES, LLC  ) | |
| d/b/a Coach America Crew Transport, and  ) | |
| Timothy P. Rennick,  ) | |
|  ) | Case No. 4:13-cv-125 |
| Defendants.  ) | |

Before the court are motions for attorneys Randy J. Cox, Scott M. Stearns, and Christopher L. Decker to appear *pro hac vice* on behalf of Defendants/Counter-claimants BNSF Railway Company ("BNSF") and CUSA ES, LLC d/b/a Coach AMerica Crew Transport ("CUSA"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Randy J. Cox, Scott M. Stearns, and Christopher L. Decker have agreed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 36, 37 and 38) are **GRANTED**. Attorneys Randy J. Cox, Scott M. Stearns, and Christopher L. Decker admitted to practice before this court in the above-entitled action on behalf of BNSF and CUSA.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge