**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| QBE Insurance Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Corrie Burkhard, as Personal Representative | ) | |
| for the Estate of Todd Burkhard, Decedent; | ) | |
| Maria Mack, as Personal Representative | ) | |
| for the Estate of Blaine H. Mack, Decedent; | ) | |
| BNSF Railway Company, a Delaware | ) | |
| corporation; CUSA ES, LLC, d/b/a Coach | ) | |
| America Crew Transport; and Timothy P. | ) | |
| Rennick, | ) | Case No. 4:13-cv-125 |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties on October 6, 2014, to address QBE

Insurance Corporation's objections to discovery served upon it by BNSF and Coach America.

Pursuant to its discussion with the parties, QBE can file a motion to compel in Case No. 4:13-cv-125

once the court has disposed of the Motion for Summary Judgment filed in Case No. 4:13-cv-038.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court