**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| QBE Insurance Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Corrie Burckhard, as Personal | ) | |
| Representative for the Estate of Todd | ) | |
| Burckhard, Decedent; Maria Mack, as | ) | |
| Personal Representative for the Estate of | ) | |
| Blaine H. Mack, Decedent; BNSF Railway | ) | |
| Corporation, a Delaware corporation; and | ) | |
| CUSA ES, LLC d/b/a Coach America | ) | |
| Crew Transport, Timothy P. Rennick, | ) | |
| | ) | Case No. 4:13-cv-125 |
| Defendants, | ) | |
| | ) | |
| vs. | ) | |
| BNSF Railway Company, a Delaware | ) | |
| Corporation and CUSA ES, LLC d/b/a | ) | |
| Coach America Crew Transport, | ) | |
| | ) | |
| Counter-claimants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| QBE Insurance Corporation, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

Before the court is a motion for attorney Paul N. Tranel to appear *pro hac vice* on Counter-

Defendant QBE Insurance Corporation's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D),

attorney Paul N. Tranel has affirmed to submit to the Local Rules of the United States District Court

for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has

also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket

No. 98) is **GRANTED**.  Attorney Paul N. Tranel is admitted to practice before this court in the above-entitled action on Counter-Defendant QBE Insurance Corporation's behalf.

       **IT IS SO ORDERED.**

       Dated this 4th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
